Al Ambron et al. *v.* Philadelphia Civil Service Commission. Lewis Taylor, Personnel Director and Edward G. Rendell, District Attorney, Appellants.

Al Ambron et al. *v.* Lewis Taylor et al. Lewis Tayor, Personnel Director and Edward G. Rendell, District Attorney, Appellants.

Argued April 4, 1983, before Judges ROGERS, WILLIAMS, JR. and BARBIERI, sitting as a panel of three.

*John M. Myers,* Deputy City Solicitor, with him *Alan J. Davis,* City Solicitor, and *Jonathan K. Stubbs,* Assistant City Solicitor, for appellants.

*John W. Morris,* for appellees.

OPINION BY JUDGE ROGERS, April 27, 1983:

These are consolidated civil service appeals by the Philadelphia Civil Service Commission, the City's Personnel Director and the District Attorney from an order of the Court of Common Pleas of Philadelphia County which directed the appellants to reinstate the appellees to their former positions with the District Attorney's office. We affirm the order of the common Pleas court on the opinion of Judge DOTY reported at       Pa. D. & C.3rd       (     ).

The appellants argue that the case is now moot as to three of the four appellees because those appel-

lees are no longer in the employ of the city, having subsequently resigned from the positions to which they were transferred by the disputed personnel action. We disagree; unlike the civil servant in *Magnelli v. Pennsylvania State Civil Service Commission,* 55 Pa. Commonwealth Ct. 531, 423 A.2d 802 (1980), these appellees are not incapable of reinstatement.

Order affirmed.

ORDER

AND Now, this 27th day of April, 1983, the order of the Court of Common Pleas of Philadelphia County in the above-captioned matters are hereby affirmed.